**No. 09-8386. Paul Pennant, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1548, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1478.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8387. Marshall Ray Miller, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

559 U.S. 955, 130 S. Ct. 1548, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1369.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 325 Fed. Appx. 252.

**No. 09-8392. Tyree Teko Smith, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1549, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1116.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 337 Fed. Appx. 377.

**No. 09-8395. Ivander James, Jr., Petitioner v. Patricia R. Stansberry, Warden.**

559 U.S. 955, 130 S. Ct. 1549, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1160.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 342 Fed. Appx. 865.

**No. 09-8397. Kendrick Latham, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1549, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1183.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8398. Reymundo Rivero Lazo, Petitioner v. Arizona.**

559 U.S. 955, 130 S. Ct. 1549, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1120.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 09-8399. Boris Mennard Edwards, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1549, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1260.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 555.

**No. 09-8401. Adonnis Atchison, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1549, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1486.

February 22, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 09-8405. Adam Puchalski, Petitioner v. Illinois.**

559 U.S. 956, 130 S. Ct. 1550, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1448.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 378 Ill. App. 3d 1123, 352 Ill. Dec. 1009, 955 N.E.2d 185.

**No. 09-8406. Jon Patton, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1550, 176 L. Ed. 2d 140, 2010 U.S. LEXIS 1189.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 532.